ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :
                                    :
            - v. -                  :   **ORDER**
                                    :
ALON MAKHLUF,                       :
                                    :   07 Cr. 630
                                    :
            Defendant.              :
                                    :
- - - - - - - - - - - - - - - - - -x

       WHEREAS, the above-captioned indictment, upon application of the government, ordered to be filed under seal; and

       WHEREAS the Government has requested that the above-captioned indictment be unsealed;

       IT IS HEREBY ORDERED, that, the indictment docketed as 07 Cr. 630 be unsealed.


Dated: New York, New York
       January 25, 2008


SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 25 2008